JENNINGS, APPELLEE, *v.* B.O.C. GROUP, GENERAL MOTORS CORPORATION, APPELLANT, ET AL.

[Cite as Jennings *v.* B.O.C. Group, General Motors Corp. (1990), 48 Ohio St. 3d 5.]

(No. 89-625 — Submitted November 8, 1989 — Decided January 3, 1990.)

*Schiavoni & Schiavoni* and *Joseph J. Bush III,* for appellee.

*Baughman & Associates Co., L.P.A.,* and *Leonard J. Pappas,* for appellant.

*Stewart Jaffy & Associates Co., L.P.A.,* and *Stewart R. Jaffy,* urging affirmance for *amici curiae,* Ohio AFL-CIO and Ohio Academy of Trial Lawyers.

The judgment of the Court of Appeals for Trumbull County is affirmed on authority of *Schell* v. *Globe Trucking, Inc.* (1990), 48 Ohio St. 3d 1, 548 N.E 2d 920.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and FAIN, JJ., concur.

MIKE FAIN, J., of the Second Appellate District, sitting for RESNICK, J.